### ELLISON v. STATE.
### No. 23441.

Court of Criminal Appeals of Texas.

; June 19, 1946.

Wright Stubbs and Horace H. Shelton, both of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for misdemeanor theft, punishment assessed at 30 days' confinement in the county jail.

The record contains neither bills of exception nor statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.